AO 241 (Rev. 1/15) (Conviction, INSD Rev. 8/16)                                                    P a g e | 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

*[This form is for prisoners to challenge one State court conviction or one probation revocation proceeding.
If you want to challenge more than one, you must file a separate form for each one.
If you are challenging a prison disciplinary proceeding or a federal conviction, you need a different form.]*

**FILED**
03/17/2023
**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## 28 USC § 2254 HABEAS CORPUS PETITION BY A PERSON IN STATE CUSTODY

| | |
|---|---|
| Name (under which you were convicted):<br>Nicholas Andrew Pelissier | Case No: *[for a new case in this court, leave blank. The court will assign a case number.]*<br><br>2:23-cv-00129-JPH-MJD |
| Place of Confinement:<br>Wabash Valley Correctional Facility | |

*[Once you know your case number, it is Very Important that you include it on everything you send to the court for this case.
DO NOT send more than one copy of anything to the court. Neatly print in ink (or type) your answers.]*

### CONVICTION AND SENTENCE

1. What state court entered the judgment you are challenging? **Lake County Superior Court.**

   Criminal case number: **45G01-1702-MR-00003**   Did you plead guilty? ○ Yes. ☑ No.

   Length of sentence: **85 years**   Date of sentencing: **02/15/18**

   Crimes for which you were sentenced: **Murder, Attempted Murder.**

### PROBATION/PAROLE REVOCATION

2. Are you challenging a probation/parole revocation? ☑ No. ○ Yes, the revocation hearing was held on: ___/___/___

   by: _____ and I was revoked because: _____

   *[For a challenge to a revocation proceeding, list only direct appeals, post-conviction relief petitions, and other collateral attacks that were associated with challenging the revocation.]*

### DIRECT APPEAL *[Do not include post-conviction relief petitions or other collateral attacks in this section.]*

3. Did you directly appeal to the Court Of Appeals of Indiana? ○ No. ☑ Yes, case number: **18A-CR-710**

   Result: **Affirmed**   Date of Result: **4/25/2019**

   Did you seek transfer to the Indiana Supreme Court? ○ No. ☑ Yes, case number:

   Result: **Transfer Denied**   Date of Result: **7/25/2019**

   Did you petition for certiorari to the United States Supreme Court? ☑ No. ○ Yes, case number: _____

   Result: _____   Date of Result: ___/___

*[DO NOT WRITE IN THE MARGINS OR ON THE BACK OF ANY PAGES. ATTACH ADDITIONAL PAGES IF NECESSARY.]*

T3

## FIRST POST-CONVICTION RELIEF PETITION

4. Did you file a post-conviction relief petition in State court? ○ No. ✓Yes, case number: 45G01-2003-PC-000013

   Name of court: Lake Superior Court            Date of filing: 3/10/2020

   Result: relief Denied            Date of result: 4/15/21

   Did you appeal to the Court Of Appeals of Indiana? ○ No. ✓Yes, case number: 21A-PC-02033

   Result: Appeal Denied            Date of result: 06/09/2022

   Did you appeal to the Indiana Supreme Court? ○ No. ✓Yes, case number: N/A

   Result: Transfer Denied            Date of result: 09/01/2022

## OTHER COLLATERAL ATTACKS

5. Other than the cases listed above, have you filed anything else in State court challenging this conviction or revocation?

   ✓No. ○ Yes, I filed:            Case number:

   Name of court:            Date of filing:     /     /

   Result:            Date of result:     /     /

   Did you appeal to the Court Of Appeals of Indiana? ○ No. ○ Yes, case number:

   Result:            Date of result:     /     /

   Did you appeal to the Indiana Supreme Court? ○ No. ○ Yes, case number:

   Result:            Date of result:     /     /

6. Have you challenged this conviction or revocation in <u>Federal</u> Court? ○ No. ○ Yes, case number:

   Name of court:            Result:

7. Have you challenged this conviction or revocation in any other case or appeal? ○ No. ○ Yes, [*Attach on additional sheet listing the nature of the proceeding, court, case number, file date and result.*]

FILING FEE [*the fee for filing this habeas corpus petition is $5.00*]

8. Are you paying the $5.00 filing fee?

   ✓Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court

   ○ Yes, the money will be paid for me by:

   ○ No, I am filing a Prisoner Motion To Proceed in Forma Pauperis because I have less than $15.00 in my inmate trust account <u>AND</u> I have received less than $15.00 a month during the past six months.

## <u>GROUNDS RAISED IN THIS HABEAS CORPUS PETITION</u>

[*State every ground on which you are being held in violation of the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quotes from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.*]

### [CAUTION:
*If you do not present every ground in this petition, you may be barred from doing so later.*]

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

T3

Page | 3

T3

GROUND ONE  Continued on Seperate page:

Identified who fired that bullet in a pre-trial statement and also under oath during a bond trial that took place June 28th, 2017. and during my Jury trial that took place January 8th, 2018. Two Seperate people can't fire one bullet and no evidence was provided at any point that I provided anyone with a gun, a ride to or from the Crime Scene or that I Instructed another human to fire a gun at any human. My final fact to support this ground would be that the prosecutor Said that the Glock Model 20, 10mm is relevant to this Case because it's a murder weapon, and during Closing Statements they place this gun in william galloway's hand and during opening Statements the prosecutor State's that "The person's bullets who Struck and killed him out of the ten total that hit him, it doesn't matter". It was Inappropriate for these remarks to be made during Jury trial followed by the flawed Jury Instruction #7, Because they had evidence that it Led to another Shooter firing the fatal Shot out of a gun that was never linked to me into Jaquell golida's head. And timothy fryerson Identified his Shooter So this Instruction violated the Due process Clause by relieving the prosecutor of his burden of establishing that I had Specific intent to kill or attempt to kill anyone.

Trial transcripts and record will confirm these events and Claims are accurate and true

Page 3

T3

## GROUND TWO Continued on Seperate page:

myself on a copy or written Instrument. at any point during my pre-trial phase. The third Issue is during trial I asked her two Seperate times to testify on my behalf and she told me that that wouldn't be happening. All These Issues put together made it almost Impossible to give me the effective assistance of Counsel I Deserved, furthermore the most Important thing about Counsel's performance flaw is that nothing was done to remedy the fact that this Jury Instruction was going to prejudice me even with no evidence showing what gun I had or if my actions aided or Caused anyone to be fired upon. Because of this I may never know if there would have been a different outcome at the end of my trial. Making her performance highly unreasonable the final fact Supporting my Grounds is that She never made any Step to get the attempted murder Charge dismissed even though the Victem never Identified me as the person who Shot him, and Stated Several times who did,

Page | 4
T3


## GROUND THREE:

Should not have been able to pick and choose which under oath statement is the truth and which one is perjury. Leading me to believe that the only reason this witness/co-defendant was placed on the stand and not Impeached was to get the Jury to See Kendall Vaughn's previously recorded video statement, knowing that Vaughn had lied during that Interview to avoid being charged as a principal suspect. Furthermore the prosecutor did also proceed with inconsistant theories in prosecuting me by trying to convict me as the principal defendant and also finding me liable as an accomplice violating my due process. If I was Indeed the Main Suspect in the Crimes I was Convicted of I can't accompany my ownself in commiting the Crime of murder and attempted murder. Golida was fatally Shot once and fryerson was only Shot once. The State never Confirmed if the fatal Shot to the murder victem was delivered from the Same gun the attempted murder victem was Shot with. therefore never meeting there burden that I either killed golida or attempted to kill fryerson. and finally the prosecutor Constantly Stated that I was In the truck that followed the victems down the Street but gas Station Clearly Shows the truck turns down the Street then the victems follow down the Same Street after the fact, So by him Saying this was not the truth.

AO 241 (Rev. 1/15) (Conviction, INSD Rev. 8/16)                                                                    P a g e | 3

**GROUND ONE:** [*Briefly describe your claim.*]    Erroneous Jury instructions

---

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

During my Jury trial an accomplice liability Instruction was added to the Jury Instructions. This Instruction lead the Jury to misunderstand that it could find me guilty without first finding, beyond a reasonable doubt that I had aided, Induced, or caused either victim to be Shot. Expert witness(s) testimony proved that the murder victim was only Struck by one fatal bullet and The prosecutor placed the gun that fired that bullet in william galloways hand in both Jury trial proceedings and opening and closing Statements. furthermore the attempted murder victim was Struck by one bullet and he→

Did you present Ground One to the Indiana Supreme Court? ☑ Yes, Explain when and how. ○ No, Explain why not.

During post conviction relief under the basis of Ineffective assistance of trial counsel for not objecting to final Instruction 7 and Ineffective assistance of appelate counsel under the Same argument.

**GROUND TWO:** [*Briefly describe your claim.*]    Ineffective assistance of trial Counsel.

---

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

My trial attorney was Ineffective in many ways but the first Supporting facts is that She never objected to a flawed Jury Instruction of accomplice liability therefore leaving it uncorrected, and She never once talked to me about defense Strategy or explained to me that I could be found guilty by way of accomplice liability during trial. The Second Issue with her ~~performance~~ performance came to my attention when I reviewed my attorney client file and Seen that an offer was made by the prosecutor of 45 years via E-mail, this Deal was never presented to →

Did you present Ground Two to the Indiana Supreme Court? ☑ Yes, Explain when and how. ○ No, Explain why not.

During PCR under the basis of Ineffective assistance of trial Counsel

---

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

T3

AO 241 (Rev. 1/15) (Conviction, INSD Rev. 8/16)                                                  P a g e  | 4

**GROUND THREE:** [*Briefly describe your claim:*]   Prosecutorial Misconduct

*Supporting Facts:* [*Do not argue or cite law. Just state the specific facts that support your claim.*]

The prosecutor knowingly used perjured testimony by using Kendall Vaughn's testimony. This is a fact because during my bench trial under oath; Vaughn testified several times that he lied to both please the detectives and get out of trouble. Kendall Vaughn also admitted in open court that he lied. The prosecutor still allowed him to testify During my trial and acknowledged in his Opening Statements that The testimony would be "Some Contradictions" so I does not matter If Kendall Vaughn was lying to help me or harm me the State

Did you present Ground Three to the Indiana Supreme Court? ○ Yes, Explain when and how. ☑ No, Explain why not.

I asked both public Defenders to raise this Issue and they refused to raise it on my appeal and P.C.R

**GROUND FOUR:** [*Briefly describe your claim:*] ~~Kendall ~~

Evidence was Constitutionally Insufficient to Sustain verdict of guilty

*Supporting Facts:* [*Do not argue or cite law. Just state the specific facts that support your claim.*]

freaky was Identified as Shooter. Absolutly no evidence was provided beyond Inconsistant Statements. ~~to prove~~ Nicholas Pelissier has ever been linked to that name, Attempted Murder victim Never Identified Nicholas Pelissier. No Evidence was provided to prove without a doubt that gun I allegedly possesed. The Integrity of the fingerprint was never verified through the ACE-V System and no record of it was provided other than where it was lifted from on the car but never if it met the Standard to be admissable.

Did you present Ground Four to the Indiana Supreme Court? ○ Yes, Explain when and how. ☑ No, Explain why not.

my attorney would not raise this Issue against my advice.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

T3

AO 241 (Rev. 1/15) (Conviction, INSD Rev. 8/16)                                                    P a g e | 5

## TIMELINESS OF PETITION

The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in U.S.C.§2244(d) provides that:

(1)  A one year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

(A)  The date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)  The date on which the impediment to filing an application created by State action in violation of the of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C)  The date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to case on collateral review; or

(D)  The date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

9.    Explain why this petition is timely under the provision of 28 U.S.C. § 2244(d).

This petition is timely because my last appeal was exausted when I had approximately 6 monthes and my one year time period does not expire until March 20th, 2023

## RELIEF

I ask for the following relief:

for all Charges to be dismissed, Convictions to be reversed and set for new trial or to be released upon decision _____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in prison mail system on    3/16/23    10:08    at _____ (am) N.P

[Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under penalty of perjury that all of the statements in this petition are true.

_____                    229750
Signature                                  Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

T3